UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHLEEN PREMIL,
    Plaintiff,

                                          Case No. 1:17-cv-00191-JTN-ESC
-vs.-                                    Judge Janet T. Neff

QUALIA COLLECTION SERVICES
an assumed name for
OPTIO SOLUTIONS, LLC,
a Delaware company,
    Defendants.
_____

## NOTICE OF SETTLEMENT WITH DEFENDANT
## QUALIA COLLECTION SERVICES

    Plaintiff and Defendant, Qualia Collection Services, have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Qualia Collection Services, with prejudice, no later than June 12, 2017.

                                          Respectfully submitted,

                                          /s/ Gary Nitzkin
                                          GARY D. NITZKIN (P41155)
                                          Michigan Consumer Credit Lawyers
                                          Attorney for Plaintiff
                                          22142 West Nine Mile Road
                                          Southfield, MI 48033
                                          (248) 353-2882
                                          gary@micreditlawyer.com

April 13, 2017

## PROOF OF SERVICE

      I, Amber Gingiloski, hereby state that on April 13, 2017, I served a copy of the within pleading upon all counsel of record via the ECF System.

      /s/ Amber Gingiloski